**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2128**

CHRISTOPHER Q. REID,

        Plaintiff - Appellant,

    v.

EG&G TECHNICAL SERVICES, INC.,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Tommy E. Miller, Magistrate Judge. (2:10-cv-00448-TEM)

Submitted: February 16, 2012      Decided: February 21, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Q. Reid, Appellant Pro Se. Thomas Michael Lucas, JACKSON LEWIS, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Q. Reid appeals the magistrate judge's final order granting EG&G Technical Services Inc.'s motion for summary judgment.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Reid v. EG&G Technical Servs., Inc.</u>, No. 2:10-cv-00448-TEM (E.D. Va. Aug. 8, 2011). We deny Reid's pending motions to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge, as permitted by 28 U.S.C. § 636(c) (2006).